UNITED STATES BANKRUPTCY COURT ★ NORTHERN DISTRICT OF TEXAS ★

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 4, 2026**

Michelle V. Larson
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **WITH PURPOSE, INC.,** | § | |
| | § | **Case No. 23-30246-mvl-7** |
| **Debtor.** | § | |

| | | |
|---|---|---|
| **SCOTT M. SEIDEL, TRUSTEE,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adv. No. 24-03038-mvl** |
| | § | |
| **TOBY NEUGEBUAER, et al.,** | § | |
| **Defendants** | § | |
| | § | |

**ORDER GRANTING MOTION TO STAY PENDING APPEAL AND APPROVE BOND**

Having considered Defendants' Motion to Stay Pending Appeal and Approve Bond (the "Motion") (Dkt. 197), the Court grants the Motion as follows:

IT IS HEREBY ORDERED that

1. The Motion is well-taken and granted for the reasons set forth by the Court in its oral ruling on April 23, 2026 subject to the following caveats;

2. To maintain the stay of judgment, Appellants must file a Supplemental Bond in the amount of $150,000 within fourteen (14) days of the filing of Appellants' principal briefs in the Fifth Circuit Court of Appeals;

3. To the extent the Appeal lasts longer than one year, Appellees may return to the Court to request an increase in the bond amount to include additional anticipated interest; and

4. The original of the bond(s) shall be provided to the Clerk of the Court no later than five days after the entry of this Order, and the Clerk shall keep such original pending further order of this Court.

###End of Order###